# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>JOAQUÍN A. GIL DE ROSARIO,<br>Defendant, | CRIMINAL NO. 25-518 (RAM) |

### JOINT STATUS REPORT
### REGARDING STATUS OF THE CASE

**TO THE HONORABLE COURT:**

**COMES NOW** Defendant, Joaquín Alberto Gil de Rosario, represented by counsel Víctor M. Chico-Luna, and the United States of America, through the undersigned attorney who respectfully request, state, pray and allege as follows:

1. On December 17, 2025, the instant case was indicted. *See* ECF No. 18. The Defendant is charged with reentry of removed alien after an aggravated felony conviction, in violation of 8 U.S.C. §§ 1326(a) & (b)(2). *Id*.

2. On January 12, 2025, the Court ordered the parties to submit a joint status report describing the status of discovery production, plea negotiations, and any other pertinent information. *See* ECF No. 22.

3. The parties hereby inform that on December 23, 2025, the United States provided discovery to the Defendant, which includes all relevant immigration documents and the record of prior conviction. The United States also tendered a plea offer to the Defendant.

4.   The United States submits that no other discovery items are pending but will await the Defendant's review of the discovery and the plea offer.

5.   Although there are currently no known issues relating to pending or missing discovery that would require a ruling from the Court, the defendant informs he needs more time to review the available discovery or to file dispositive motions.

6.   The parties intend to engage in good faith plea negotiations.

7.   The Court ordered the Defendant be detained pending trial. *See* ECF No. 15.

8.   Therefore, the parties respectfully ask this Court for an additional 30 days until the next status conference or informative motion to advance plea negotiations and/or file dispositive motions.

**WHEREFORE**, the parties respectfully request that the Honorable Court take note of the above joint status report.

**RESPECTFULLY SUBMITTED.**

At San Juan, Puerto Rico, this 20th day of January, 2025.

W. STEPHEN MULDROW
United States Attorney

*/s/ Steven Liong-Rodríguez*
**Steven Liong-Rodríguez**
Special Assistant United States Attorney
USDC No. 303011
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Ave. San Juan, PR 00918
Tel. (787) 282-1850
steven.liong-rodriguez@usdoj.gov

RACHEL BRILL
Federal Public Defender

*/s/ Víctor M. Chico-Luna*
**Víctor M. Chico Luna**
Federal Public Defender
District of Puerto Rico
241 F.D. Roosevelt Avenue
San Juan, PR 00918-2441
787-281-4922
Fax: 787-281-4899
Email: victor_chico@fd.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

*s/ Steven Liong-Rodriguez*
**Steven Liong-Rodriguez**
Special Assistant U.S. Attorney
