IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **JOAQUIN ALBERTO GIL DE ROSARIO,** Defendant. | **Crim. No. 25-518 (RAM)** |

## MOTION REQUESTING ORDER TO AUTHORIZE REVIEW OF PRE-TRIAL SERVICES REPORT

**TO THE HONORABLE COURT:**

Joaquin Alberto Gil De Rosario, represented by the Federal Public Defender for the District of Puerto Rico, and very respectfully states and prays as follows:

On December 10, 2025, the Federal Public Defender was assigned to represent Mr. Gil. Dkt. # 6. The undersigned filed his notice of appearance on behalf of Mr. Gil the next day. Dkt. # 7.

On December 16, 2025, the U.S. Probation Office filed Mr. Gil's Pre-Trial Services Report (PTS Report). Dkt. # 17. The PTS Report is sealed, and a Court order is required for the undersigned to visit the U.S. Probation Office and review the contents of the PTS Report to obtain and confirm Mr. Gil's personal data and his possible prior criminal record to properly assess his Criminal History Category, if any.

**WHEREFORE,** it is respectfully requested that this Honorable Court ORDER the U.S. Probation Office to allow the undersigned to review Mr. Gil's Pre-Trial Services report at Dkt. # 17.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico on January 21, 2026.

**CERTIFICATE OF SERVICE:** I hereby certify that on this date I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the parties of record.

> **RACHEL BRILL**
> **Federal Public Defender**
> **District of Puerto Rico**
>
> **/s/ Victor M. Chico Luna**
> Victor M. Chico-Luna, Esq.
> USDC-PR # 228013
> 241 F.D. Roosevelt Avenue
> San Juan, PR 00918-2441
> T: 787-281-4922 / F: 787-281-4899
> Email: victor_chico@fd.org