IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**JOAQUIN ALBERTO GIL DE ROSARIO,**<br>Defendant. | **Crim. No. 25-518 (RAM)** |

## MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE COURT:**

Joaquin Alberto Gil De Rosario, represented by the Federal Public Defender for the District of Puerto Rico, and very respectfully states and prays as follows:

On January 26, 2026, the Court ordered change of plea motions, motions indicating whether Mr. Gil would exercise his right to trial, or any pre-trial motions to be filed by today, February 20, 2026. Dkt. # 26.

From the Pretrial Services Report and the discovery in this case, it seems that Mr. Gil has prior criminal cases in Lowell, MA, and Nashua, NH. At this time, there is no information as to the disposition of the case in Lowell and it seems that there is an active warrant in the Nashua case. This information is crucial to properly determining the applicable sentencing guidelines in this case and Mr. Gil's criminal history category.

The undersigned has reached out to investigators in MA and NH to obtain Mr. Gil's criminal records. The response to this request is pending. Thus, Mr. Gil respectfully

requests a 60-day extension of the aforementioned deadline. This will allow the requested records to be received, reviewed, and allow Mr. Gil to make a cogent decision as to how to proceed with this case.

The undersigned spoke to AUSA Steven Liong-Rodriguez prior to filing this motion and he has no objection to this request.

**WHEREFORE,** it is respectfully requested that this Honorable Court extend the deadline for change of plea motions, motions indicating whether Mr. Gil would exercise his right to trial, or any pre-trial motions, by sixty days.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico on February 20, 2026.

**CERTIFICATE OF SERVICE:** I hereby certify that on this date I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the parties of record.

>RACHEL BRILL
>**Federal Public Defender**
>**District of Puerto Rico**
>
>**/s/ Victor M. Chico Luna**
>Victor M. Chico-Luna, Esq.
>USDC-PR # 228013
>241 F.D. Roosevelt Avenue
>San Juan, PR 00918-2441
>T: 787-281-4922 / F: 787-281-4899
>Email: victor_chico@fd.org